WO

*UNITED STATES DISTRICT COURT*

DISTRICT OF ARIZONA

|  |  |
|---|---|
| Jesus Alfonso Galindo-Adarga, ) <br> ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> United States of America, ) <br> ) <br> Respondent. ) <br> _____ ) | JUDGMENT IN A CIVIL CASE <br><br> Case   CV-05-00533-TUC-FRZ <br>            CR-04-02234-TUC-FRZ |

X  **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #23 in CR-04-2234-TUC-FRZ) is **DENIED** and this case (CV-05-533-TUC-FRZ) is **DISMISSED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court **SHALL SERVE** a copy of the Motion and this Order on Respondent and **SHALL SERVE** a copy of this Order on Petitioner.

  September 26, 2005              RICHARD H. WEARE
Date                              CLERK


                                  /S/ M.  Michelle Mejia
                                      Deputy Clerk

Copies to:
J/B, FRZ, Galindo, all counsel